7086017000069



**Minnesota Secretary of State Office**
Mark Ritchie, Secretary of State
60 Empire Drive, Suite 100
St. Paul, MN 55103

Urban-Land, LLC
901 N 3rd Str #308
Mpls MN 55401

55414@5008

7012 0470 0003 2592 1562

NOTIFY SENDER OF NEW ADDRESS
URBAN LAND LLC
PO BOX 13008
MINNEAPOLIS MN 55414-5008

BC: 55414500808
*2878-02320-28-31

4.16

$84.16°
02 1P
0002001408
MAILED FROM ZIP CODE



EXHIBIT
B