# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| Eric Wong,<br><br>                              Plaintiff,<br><br>v.<br><br>Urban Land, LLC,<br><br>                              Defendant. | COURT MINUTES – CIVIL<br>BEFORE:  TONY N. LEUNG<br>U.S. MAGISTRATE JUDGE<br><br>Case No:         13-cv-3223 (DSD/TNL)<br>Date:             January 16, 2014<br>Courthouse:    St. Paul<br>Courtroom:     342<br>Recording:     None<br>Time Commenced:   11:30 AM<br>Time Concluded:    12:00 PM<br>Time in Court:       30 Minutes |

Hearing on:  **RULE 16 PRETRIAL CONFERENCE**

**APPEARANCES:**

    Plaintiff:       Paul R. Hansmeier

    Defendant:    Chrisotpher T. Kalla

**PROCEEDINGS:**

    ✗    In person

**Other Remarks:**

    Discussion of pretrial deadlines – Pretrial scheduling order will be issued.

    The Court encouraged the parties to work diligently and to consider possibilities for resolving the matter.

*s/ Holly McLelland*
Judicial Assistant
