# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Eric Wong, | COURT MINUTES – CIVIL |
| | BEFORE:   TONY N. LEUNG |
| | U.S. MAGISTRATE JUDGE |
| Plaintiff, | |
| | Case No:            13-cv-3223 DSD/TNL |
| v. | Date:                 April 25, 2014 |
| | Courthouse:      St. Paul |
| Urban Land, LLC and John Doe, | Courtroom:       3A |
| | Time Commenced: 9:30 AM |
| Defendants. | Time Concluded:    4:00 PM |
| | Time in Court:       6 Hours & 30 Minutes |

Hearing on:  **EARLY SETTLEMENT CONFERENCE**

### APPEARANCES:

Plaintiff:     Paul R. Hansmeier, Eric Wong

Defendant:     Christopher T. Kalla, Brett Naylor

### PROCEEDINGS:

✗     Settlement reached.   Terms stated on the record.

Any transcript of the terms of settlement is Confidential and shall be SEALED, with access being allowed only to the parties and their counsel.

**Other Remarks:**

The parties should bring any dispute about terms of the settlement to the Court for resolution.

*s/Holly McLelland*
Courtroom Deputy